■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW ARRINGTON, Appellant. [823 NYS2d 907]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered July 19, 2005, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Santucci, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YAKOB BENSHIMON, Appellant. [823 NYS2d 905]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered April 30, 2003, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the failure of defense counsel to present a defense of extreme emotional disturbance did not constitute ineffective assistance of counsel (*see People v Caban*, 5 NY3d 143, 152 [2005]; *People v Soto*, 276 AD2d 810 [2000]; *People v Feris*, 144 AD2d 691 [1988]; *People v Knights*, 109 AD2d 910 [1985]). Florio, J.P., Krausman, Mastro and Covello, JJ., concur.